**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| Robert N. Cave, Debtor | : | Bk.: 18-11235 - elf |
| Stacia Parker Plaintiff, | : | Adversary Action |
| v. | : | Bk.: 18 - 00127 – elf |
| Robert N. Cave, Defendant. | : | |

ORDER

AND NOW, this _____ day of _____, 2018, upon review of Defendant's Motion for Sanctions Pursuant to 9011 and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED. This Court enters sanctions as follows: _____

_____

_____

_____

_____

_____

By:

_____
Eric L. Frank, U.S. Bankruptcy Judge